| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF ALABAMA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Coastal Growers LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  Placeholder LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-0719055** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**250 Carpet Drive**<br>**Atmore, AL 36502**<br>Number, Street, City, State & ZIP Code<br><br>**Escambia**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 1147**<br>**Atmore, AL 36502**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Coastal Growers LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

　District _____  When _____  Case number _____
　District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Coastal Growers LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Coastal Growers LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 27, 2024**
MM / DD / YYYY

**X /s/ Holly Johnson**                              **Holly Johnson**
Signature of authorized representative of debtor      Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

**X /s/ Edward J. Peterson**                         Date **November 27, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**Edward J. Peterson**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-225-2500**     Email address

**1848-E68E AL**
Bar number and State

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

IN RE:

Debtor(s) **Coastal Growers LLC**        ) Case No.
                                         )
                                         ) Chapter: **11**
                                         )

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

■ Original
☐ Amendment
☐ Adding    ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below only the number of creditors being added or deleted.

\_\_\_\_ creditor(s) (or if amended, number of creditors added), as shown on attached list

\_\_\_\_ creditor(s) to be deleted, as shown on attached list

**/s/ Holly Johnson**
Debtor Signature                                   Joint Debtor Signature

**/s/ Edward J. Peterson**                         **November 27, 2024**
Signature of Attorney                              Date

[*Check if applicable*]
☐ Creditors with foreign addresses included

1

ALSB LBF 1007 (12/19)

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF ALABAMA**

<u>OFFICIAL CREDITOR LIST GUIDELINES</u>

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

A&C PALLETS LLC
PO BOX 651
DOUGLAS, GA 31534

AgriLogistics
32596 W 111th Street
Olathe, KS 66061

Airgas
1641 South Blvd
Brewton, AL 36426-8145

AL Federal-State Inspection Service
P.O. Box 1368
Dothan, AL 36302

Alabama Agribusiness Council
PO Box 3612
Montgomery, AL 36109

Alabama Coastal Radiology
PO Box 9369
Mobile, AL 36691

Alabama Crop Improve Assoc
P.O. Box 357
Headland, AL 36345

Alabama Dept of Revenue
PO Box 160406
Mobile, AL 36616-1406

Alchemy Systems, LP
5301 Riata Park Court #F
Austin, TX 78727

ALFA Financial Corporation
2108 E South Blvd
Montgomery, AL 36116

Alliance Shippers
PO Box 827505
Philadelphia, PA 19182-7505

American Peanut Shellers Associatio
P.O. Box 70157
Albany, GA 31708-0157

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

Atmore Area Chamber of Commerce
137 N. Main St
Atmore, AL 36502

ATMORE COMMUNITY HOSPITAL
PO BOX 11407
BIRMINGHAM, AL 35246-8332

Atmore Industrial Medicine
PO Box 457
Atmore, AL 36504

BARFAB, Inc.
PO Box 5736
Dothan, AL 36302

Baxter Bailey & Associates
as Assignee of MAG Transportation, LLC
6858 Swinnea Rd, Bldg 4
Southaven, MS 38671

Benjamin H. Farrow
Aaron E. Bern
Anderson Williams & Farrow, LLC
7515 Halcyon Pointe Dr.
Montgomery, AL 36117

Berrien Peanut
11946 Nashville Enigma Road
Enigma, GA 31749

Big Creek Farms Hauling LLC
14200 Cat Deakle Rd
Grand Bay, AL 36541

Bishop State CC Foundation
351 North Broad Street
Mobile, AL 36603

Blake & Pendleton
Dept # 0671
Orlando, FL 32885-0671

Bloomberg Industry Group
P.O. Box 419889
Boston, MA 02241

Bondurant Lumber and Hardware
209 W Nashville Ave
Atmore, AL 36502

Bridge Import Group, Inc.
P.O. Box 52265
Boston, MA 02205

Briggs Equipment, Inc.
LOCK BOX 841272
Dallas, TX 75284-1272

Carolina Handling LLC
PO Box 890352
Charlotte, NC 28289-0352

Cherokee Manufacturing, LLC
150 Bridgepoint Drive, STE 200
South St Paul, MN 55075

Coastal Growers Holdings, LLC
250 Carpet Drive
Atmore, AL 36502

Coyote Logistics, LLC
PO Box 742636
Atlanta, GA 30374-2636

Crawford Electric Supply
675 Hornady Dr
Monroeville, AL 36460

Darrin Driskell
5420 Tom Gaston Road
Grand Bay, AL 36541

Deibel Laboratories
PO Box 1056
Osprey, FL 34229-1056

DISA Global Solutions
11740 Katy Freeway Ste 900
Houston, TX 77079

Dixie Industrial Sales
PO Box 1655
Thomasville, GA 31799

Early Trucking Co
PO Box 536
Arlington, GA 39813

ECOLAB
26252 Network Place
Chicago, IL 60673

Edgar Davison, Esq
Davison Law Firm
6000 Poplar Ave #250
Memphis, TN 38119

Elevate
1460 Broadway
New York, NY 10036

EPG Industries, LLC
2030 NW 95th Ave
Doral, FL 33172

ESCOFAB
171 Industrial Drive
Atmore, AL 36502

EWR, Inc.
81 Peyton Parkway
Collierville, TN 38017

FOOD CHAIN ID CERTIFICATION L.C.
504 N 4TH STREET SUITE 204
FAIRFIELD, IA 52556

Fracht USA
16701 Greenspoint Park Drive
Houston, TX 77060

Frost Lawn and Garden Services, LLC
507 N Trammell Street
Atmore, AL 36502

G&G Go-Fers Delivery Svc
PO Box 70351
Albany, GA 31708

Genesis III Inc.
5575 Lyndon Rd
Prophetstown, IL 61277

Georgia Cold Storage
193 Basket Factory Drive
Americus, GA 31709

Georgia Seed Development Commission
2420 S Milledge Ave
Athens, GA 30605

Global HR Research, LLC
PO Box 737769
Dallas, TX 75373-7769

GreenPoint AG
P.O. Box 678
Atmore, AL 36504

Grossman Software Solutions, Inc.
100 Trade Centre
Champaign, IL 61820

Gulf States Cold Storage
193 Basket Factory Drive
Americus, GA 31709

Halter Logistics
1211 San Dario Ave Suite 2254
Laredo, TX 78040

Hancock Whitney Bank
Credit Card Center
PO Box 23070
Columbus, GA 31902

Hancock Whitney Bank
25 W I-65 Service Road N
Mobile, AL 36608

HAPAG-LLOYD (AMERICA) LLC
3 RAVINIA DRIVE SUITE 1600
ATLANTA, GA 30346

Headland Peanut Warehouse Co-Op
604 W. Railroad Street
Headland, AL 36345

Higgins Electric Inc.
PO Box 447
Dothan, AL 36302

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James Strother and Co., LLC
1501 W 3rd Avenue
Albany, GA 31707

JLA International
P.O. Box 72167
Albany, GA 31708

JM Charo, Inc.
10531 4S Commons Dr #166-46
San Diego, CA 92127

Joe Parker
PO Box 729
Summerdale, AL 36580

L. Weathers Veazey Rollings
Gordon Rees Scully Mansukhani, LLP
505 20th St. N. #1650
Birmingham, AL 35203

Lewis M. Carter MFG Co., Inc.
P.O. Box 428
Donalsonville, GA 39845

Lineage Logistics LLC
PO Box 32014
New York, NY 10087-2014

MAG Transportation, LLC
184 Printup St
Dearing, GA 30808

Mark Kaiser
690 Deer Avenue
Daphne, AL 36526

Material Motion, Inc.
2987 Clairmond Rd, Ste 220
Brookhaven, GA 30329

Mazur and Hockman, Inc.
P.O. Box 71765
Albany, GA 31708

McAleer's Office Furniture Company
3305 Springhill Avenue
Mobile, AL 36607

Montgomery Radiology Associates
PO Box 830525 Dept  SF128
Montgomery, AL 35283-0525

Motion Industries
P.O. Box 404130
Atlanta, GA 30384-4130

MSC Industrial Supply Co, Inc
PO Box 953635
St. Louis, MO 63195-3635

Nall's Portalet Company
P.O. Box 549
Excel, AL 36439

NAPA  Auto Parts
PO Box 520
Atmore, AL 36504

Nationwide Ag Logistics, Inc.
P.O. Box 50954
Albany, GA 31703

Network America Lines, Inc.
P.O. Box #127
Roselle Park, NJ 07204

Norseman Protective Solutions
14545-115 Avenue
Edmonton, AB T5M 3B8
Canada

Novus Glass
610 E Nashville Ave.
Atmore, AL 36502

Occupational Fitness, Inc.
PO Box 949
Ringgold, GA 30736

Olam Universal Blanchers, LLC
P.O. Box 731254
Dallas, TX 75373-1254

Packaging Corporation of America
36603 Treasury Center
Chicago, IL 60694

PAR Global
5005 Cameron Forest Parkway
Johns Creek, GA 30022

Parmer Family Chiropractic, LLC
976 Huxford Road
Atmore, AL 36502

PCI Printing
202 N. Main Str
Atmore, AL 36502

PCI Technologies
100 S Main Street
Headland, AL 36345

Phillip Grimes
120 Beckham Road
Tifton, GA 31793

Piedmont National
PO Box 890938
Charlotte, NC 28289-0938

Porter, White & Company
15 Richard Arrington Jr Blvd N
Birmingham, AL 35203

PRIESTER'S  PECANS
PO BOX 381
FORT DEPOSIT, AL 36502

```
R Smith Nut Company, Inc
75 Mallard Bluff Way
Pittsboro, NC 27312

R&M Equipment Rental
2329 29th Avenue N
Birmingham, AL 35207

Redwood Plastics and Rubber
1901 Schurman Way
Woodland, WA 98674

Rekerdres and Sons Insurance Agency
13760 Noel Road Suite 860
Dallas, TX 75240

Ricky Wiggins
11190 Wiggins Farm Rd
Andalusia, AL 36420

RUBBER AND SPECIALITES, INC.
5011 COMMERCE PARK CIRCLE
PENSACOLA, FL 32505

Satake USA Inc.
PO Box 841076
Dallas, TX 75284-1076

Scales, Systems & Automation, LLC
PO Box 422
Sylvester, GA 31791

SGL Internantional Ltd.
PO Box 720124
Atlanta, GA 30358

Sheppard Services
3460 Hurricane Bay Drive
Theodore, AL 36582

South Alabama Vending
301 East Church Street
Atmore, AL 36502

Southeastern Commercial Finance
1500 1st Ave N. A119
Birmingham, AL 35203

Southern AG Carriers, Inc.
P.O. Box 50335
Albany, GA 31703

Southern AG Service Inc.
11122 County Rd 65
Foley, AL 36535
```

Southern Seed Certification Associa
P.O. Box 2619
Auburn, AL 36831

Southern Steel Construction, LLC
2520 New Hope Rd
Ambrose, GA 31512

Southern Tire Mart
Dept. 143
Memphis, TN 38148-0143

Southern View Media
9557 KAsey Court
Daphne, AL 36526

Stanley Williams


Steve McMillan
3194 McMillian Road
Enigma, GA 31749

STUART C IRBY CO
PO Box 741001
Atlanta, GA 30384-1001

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Swift Supply
7300 Dolphin Street
Daphne, AL 36526

Synergy Peanut, LLC
P.O. Box 272
Ashburn, GA 31714

Tifton Peanut  Company #3  LLC
225 Windy Hill Rd
Tifton, GA 31794

Tifton Peanut Comany #2 LLC
225 Windy Hill Road
Tifton, GA 31794

Tifton Peanut Company, Inc.
225 Windy Hill Road
Tifton, GA 31794

Tim Pettis
Escambia County Tax Collector
PO Box 407
Brewton, AL 36427

```
ULINE, Inc.
PO Box 88741
Chicago, IL 60680-1741

UniFirst
PO Box 650481
Dallas, TX 75265

United Bank
164 Lindbert Avenue
Atmore, AL 36502

United Rentals (North America), Inc
P.O. Box 100711
Atlanta, GA 30384

UpKeep Technologies
10880 Wilshire Blvd
Los Angeles, CA 90024

Vicam, a Waters Business
PO Box 7410591
Chicago, IL 60674-0591

W.W. Grainger, Inc.
Dept 887771038
Palatine, IL 60038

WageWorks, Inc.
PO Box 8363
Pasadena, CA 91109-8363

Wilco Captial Management, Inc
2229 1st Ave S, Ste 100
Birmingham, AL 35233

Zoro Tools, Inc.
PO Box 5233
Janesville, WI 53547-5233
```